IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

FILED
98 NOV 20 AM 11:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

DEWEY HUDSON SPAIN, )
)
    Petitioner, )
)
v. ) CIVIL ACTION NO. 98-S-2338-M
)
WARDEN JONES and WILLIAM PRYOR, )
THE ATTORNEY GENERAL OF THE )
STATE OF ALABAMA, )
)
    Respondents. )

ENTERED.
NOV 20 1998

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed without prejudice. An appropriate order will be entered.

DONE, this **20th** day of November, 1998.

_____
UNITED STATES DISTRICT JUDGE